| | |
|---|---|
| DANIEL S. ROBINSON (SBN 244245)<br>**ROBINSON CALCAGNIE, INC.**<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>(949) 720-1288: Fax: (949) 720-1292<br>drobinson@robinsonfirm.com<br><br>STEPHEN G. LARSON (SBN 145225)<br>CATHERINE S. OWENS (SBN 307626)<br>**LARSON LLP**<br>555 S. Flower Street, 30th Floor<br>Los Angeles, CA 90071<br>(213) 436-4888: Fax: (213) 623-2000<br>slarson@larsonllp.com<br>cowens@larsonllp.com | FRANKLIN D. AZAR (*pro hac vice*)<br>MOSES A. LEBOVITS (SBN 66552)<br>MICHAEL D. MURPHY (*pro hac vice*)<br>KEVIN J. DOLLEY (*pro hac vice*)<br>DEZARAE D. LACRUE (*pro hac vice*)<br>TIMOTHY L. FOSTER (*pro hac vice*)<br>BRIAN HANLIN (*pro hac vice*)<br>**FRANKLIN D. AZAR & ASSOCIATES, P.C.**<br>14426 East Evans Avenue<br>Aurora, Colorado 80014<br>(303) 757-3300: Fax: (720) 213-5131<br>azarf@fdazar.com<br>lebovitsm@fdazar.com<br>dolleyk@fdazar.com<br>lacrued@fdazar.com<br>fostert@fdazar.com<br>hanlinb@fdazar.com |

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN HORLIECA, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 5:23-CV-00278-KK-SP<br><br>Assigned for All Purposes to:<br>Courtroom 3; Hon. Kenly Kiya Kato<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Date Action Filed: February 20, 2023 |

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs John Horlieca and Darryl Warner and Defendants United Services Automobile Association and USAA Casualty Insurance Company, by and through their counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs.

Dated: March 5, 2025

Respectfully submitted,

**ARENTFOX SCHIFF LLP**

*/s/ James D. Cromley*
JAMES D. CROMLEY
james.cromley@afslaw.com
JOHN S. PURCELL
john.purcell@afslaw.com
DOUGLAS E. HEWLETT JR.
douglas.hewlett@afslaw.com
555 South Flower Street, 43rd Floor
Los Angeles, California 90071
Telephone: 213.629.7400
Facsimile: 213.629.7401

**ARENTFOX SCHIFF LLP**
JAY WILLIAMS
jay.williams@afslaw.com
PAULA M. KETCHAM
paula.ketcham@afslaw.com
SARAH OLIGMUELLER
sarah.oligmueller@afslaw.com
233 South Wacker Dr., Suite 7100
Chicago, Illinois 60606
Telephone: 312.258.5500
Facsimile: 213.258.2600
*Attorneys for Defendants*

**FRANKLIN D. AZAR & ASSOCIATES, P.C.**

*/s/ Franklin D. Azar*
FRANKLIN D. AZAR (*pro hac vice*)
MOSES A. LEBOVITS (SBN 66552)
MICHAEL D. MURPHY (*pro hac vice*)
KEVIN J. DOLLEY (*pro hac vice*
DEZARAE D. LACRUE (*pro hac vice*)
TIMOTHY L. FOSTER (*pro hac vice*)
BRIAN HANLIN (*pro hac vice*)

**LARSON LLP**
STEPHEN G. LARSON (SBN 145225)
CATHERINE S. OWENS (SBN 307626)

**ROBINSON CALCAGNIE, INC.**
DANIEL S. ROBINSON (SBN 244245)

**LEVIN & HOFFMANN, LLP**
ROBERT S. LEVIN (SBN 105970)
JAMES E. HOFFMANN (SBN 91876)
*Attorneys for Plaintiffs and the Proposed Class*